IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VARIOUS PLAINTIFFS          :    CONSOLIDATED UNDER
                                     :    MDL 875
                                     :
                       FILED :    Transferred from the
    v.                             :    District of North Dakota
            APR 2 3 2012 :
                                     :
           MICHAEL E. KUNZ, Clerk
VARIOUS DEFENDANTS By_____ Dep. Clerk     Case Nos.: See Exhibit A
                                              (attached hereto)

## O R D E R

     **AND NOW**, this **20th** day of April, **2012**, it is hereby

**ORDERED** that the Motion for Summary Judgment of Defendant Jamar

Company in each of the cases identified on Exhibit A (attached

hereto) is **GRANTED**.

       AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

Exhibit A

Motions by Jamar Company
in Various Cases Transferred from the
United States District Court for the District of North Dakota

|    | Decedent's Name | D.N.D. Case No. | E.D. PA Case No. | Doc. No. |
|----|-----------------|-----------------|------------------|----------|
| 1  | Robert Albin | 90-00235 | 09-66618 | 33 |
| 2  | Norlin Backman | 90-00238 | 09-66620 | 28 |
| 3  | William Bentley | 90-00240 | 09-66622 | 29 |
| 4  | Raymond Birst | 90-00241 | 09-66623 | 34 |
| 5  | Leonard Ereth | 90-00242 | 09-66624 | 33 |
| 6  | Michael Ehreth | 90-00246 | 09-66627 | 23 |
| 7  | John Ewine | 90-00248 | 09-66629 | 33 |
| 8  | Clarence Fateley | 90-00249 | 09-66630 | 38 |
| 9  | Warren Guenthner | 90-00252 | 09-66633 | 32 |
| 10 | Elmer Gustafson | 90-00253 | 09-66634 | 24 |
| 11 | Lloyd Heid | 90-00255 | 09-66636 | 29 |
| 12 | Mike Hilzendeger | 90-00256 | 09-66637 | 26 |
| 13 | Jerome Jacobs | 90-00258 | 09-66639 | 29 |
| 14 | Boyd Jaskoviak | 90-00259 | 09-66640 | 29 |
| 15 | Gerald Karch | 90-00260 | 09-66641 | 29 |
| 16 | Ted Kary | 90-00261 | 09-66642 | 27 |
| 17 | Creighton Kettelson | 90-00262 | 09-66643 | 29 |
| 18 | Virgil Koenig | 90-00264 | 09-66645 | 26 |
| 19 | Joseph Leingang | 90-00265 | 09-66646 | 28 |
| 20 | Richard Leingang | 90-00266 | 09-66647 | 32 |
| 21 | Earl Lippert | 90-00268 | 09-66649 | 28 |
| 22 | Alvin Loebeck | 90-00269 | 09-66650 | 33 |
| 23 | Lorraine McCulley | 90-00270 | 09-66651 | 29 |
| 24 | Alvie Nixon | 90-00272 | 09-66653 | 28 |

| 25 | Albert Petrasek | 90-00275 | 09-66656 | 28 |
| 26 | Thomas Rambur | 90-00277 | 09-66658 | 27 |
| 27 | David Schmidt | 90-00280 | 09-66661 | 30 |
| 28 | Joseph Schneider | 90-00281 | 09-66662 | 33 |
| 29 | Joseph Senger | 90-00284 | 09-66665 | 32 |
| 30 | Earl Setterlund | 90-00286 | 09-66667 | 28 |
| 31 | Daryl Sheldon | 90-00287 | 09-66668 | 32 |
| 32 | Gerard Sheldon | 90-00288 | 09-66669 | 30 |
| 33 | Melvin Skager | 90-00289 | 09-66670 | 28 |
| 34 | Donald Stumpf | 90-00291 | 09-66672 | 28 |
| 35 | Larry Sullivan | 90-00292 | 09-66673 | 32 |
| 36 | Wallace Toepke | 90-00294 | 09-66675 | 34 |
| 37 | William Woods | 90-00298 | 09-66679 | 32 |
| 38 | DuWayne Zachmeier | 90-00299 | 09-66680 | 29 |
| 39 | Richard Zachmeier | 90-00300 | 09-66681 | 29 |
| 40 | William Zachmeier | 90-00301 | 09-66682 | 28 |
| 41 | James Zoller | 90-00302 | 09-66683 | 32 |

Certificate of Service

**MAILED:**
BOYD RATCHYE
BRYAN MCKAMEY
CHARLES BECKER
CRAIG RICHIE
CYNTHIA HAZELWOOD
DALE MOENCH
DAVID BEERS

**E-MAILED:**
B. DURICK
BRADY EDWARDS
BRUCE BARRETT
CARLISS CHATMAN
DAVID SCHACH

DOUGLAS HERMAN
DUANE ARNDT
EUGENE BUCKLEY
JANE DYNES
JEANETTE BOECHLER
JOHN BORGER
JOSEPH GOLDBERG

DAVID THOMPSON
DAWN DEZII
JONATHAN PARRINGTON
KYLE MANSFIELD
MARK PESCHEL
PATRICK TIERNEY

MAUREEN HOLMAN
MICHAEL THOMAS
RICHARD JEFFRIES
ROBERT BROWNSON
SANDI ZELLMER
SANDRA GROVE
STEPHEN PLAMBECK

PAUL OPPEGARD
RICHARD LEIGHTON
RONALD MCLEAN
THOMAS STIEBER
TIMOTHY O'KEEFFE
TREVOR WILL

ND Order re Jamar 4.23.12